UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTHONY SERRANO )  Case No.
　　　　　Plaintiff, )  5:14-cv-00331-SVW-DTB
　　　　　v. )
ALLIED INTERNATIONAL )  JUDGMENT
CREDIT CORP., et al., )
　　　　　Defendants. )  JS - 6
 )

　　　　Pursuant to the notice of plaintiff's acceptance of offer of judgment and Federal Rule of Civil Procedure 68(a), judgment is hereby entered against defendant in the amount of $16,000, inclusive of costs and attorney's fees.

DATE:  March 17, 2014

_____
STEPHEN V. WILSON
United States District Judge