Julia Y. Trankiem (SBN 228666)
Email:   jtrankiem@reedsmith.com
Elizabeth J. Boca (SBN 255719)
Email:   eboca@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2800
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
ALLIED INTERNATIONAL CREDIT CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| ANTHONY SERRANO,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLIED INTERNATIONAL CREDIT CORP., a Canadian corporation; DOES I through X, inclusive,<br><br>        Defendant. | Case No. 5:14-cv-00331-SVW-DTB<br><br>[Assigned to Hon. Stephen V. Wilson, Courtroom 6]<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*L.R. 16-15.7*<br><br>. |

1  IT IS HEREBY ORDERED by and between Plaintiff Anthony Serrano and
2 Defendant Allied Internal Credit Corp., that the above-entitled action be dismissed
3 with prejudice.  Each party shall bear its own attorney's fees and costs.
4 IT IS SO ORDERED

6 April 11, 2014

By: _____
Hon. Stephen V. Wilson
United States District Judge